**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-7044**

———————

TAHRIM SUPREME C. JIHAD,

Plaintiff - Appellant,

versus

VAUGHN JACKSON; ANNIE ASKINS; DOCTOR BOULWARE;
LAURIE E. BESSINGER; THOMAS MCCANTS; WILLIAM
D. CATOE; in their individual and official
capacities,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Robert S. Carr, Magistrate Judge.
(CA-97-3852-2-22AJ)

———————

Submitted:  November 19, 1998     Decided:  December 2, 1998

———————

Before HAMILTON and WILLIAMS, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Tahrim Supreme C. Jihad, Appellant Pro Se.  Andrew Frederick Linde-
mann, DAVIDSON, MORRISON & LINDEMANN, P.A., Columbia, South Caro-
lina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Tahrim Supreme C. Jihad appeals an order of the magistrate judge denying Jihad's motion for stay of proceedings and granting Defendants' motion for reconsideration of a discovery order. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED